UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 31, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

PROVENCE DJETTLO (A- 244-410-627),
                          Petitioner,

     v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,
                          Respondents.

No.   1:26-cv-4523 DJC CSK

**MINUTE ORDER**

     Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed a request to proceed in forma pauperis.  Examination of the affidavit reveals petitioner is unable to afford the costs of this action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

     Respondents filed an answer on June 17, 2026.  (ECF No. 11.)  On June 25, 2026, the district court found that appointment of counsel was appropriate and referred this matter to the magistrate judge.  (ECF No. 12.)  On July 2, 2026, the district court appointed counsel for petitioner.  (ECF No. 13.)  On July 23, 2026, petitioner's counsel filed a status report and requested that petitioner be granted until August 7, 2026 in which to file a response to respondents' answer.  (ECF No. 14.)  Petitioner's request is granted.  Petitioner shall file a response to the answer on or before August 7, 2026.

     Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's request to proceed in forma pauperis (ECF No. 3) is granted; and

2.  Petitioner's response to the answer shall be filed on or before August 7, 2026.