UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DJETTLO PROVENCE (A-244-410-627),

Petitioner,

v.

SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

No. 1:26-cv-4523 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Both parties filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.

2. Petitioner's claims in the reply challenging his detention pursuant to 8 U.S.C. § 1226(c) and the Administrative Procedure Act are dismissed without prejudice.

3. The petition for writ of habeas corpus (ECF No. 1) is GRANTED as to Petitioner's prolonged detention due process claim.

4. Respondents are ordered to provide petitioner Djettlo Provence (A-244-410-627) with a bond hearing before an immigration judge/neutral decisionmaker within fourteen (14) days of the adoption of these findings and recommendations where respondents bear the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a risk of flight to justify his continued detention. Respondents must provide petitioner with at least five (5) days' notice of the bond hearing. If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

5. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/djet26cv4523.jo.2241.imm.BOND